UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HOCH,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>    Defendants. | 1:23-cv-00796-KES-SKO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND THE DISPOSITIVE MOTION DEADLINE**<br><br>(Doc. 25) |

Plaintiff is a civil detainee proceeding pro se and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Clendenin and Price for violations of Plaintiff's constitutional rights.

**I.    INTRODUCTION**

On February 6, 2024, this Court issued its Discovery and Scheduling Order. (Doc. 20.) The deadline for the filing of dispositive motions was set for September 6, 2024. (*Id*. at 1, 3.)

On August 21, 2024, Defendants filed an Ex Parte Application to Modify Dispositive Motion Cutoff in Discovery and Scheduling Order. (Doc. 25.)

**II.    DISCUSSION**

Defendants seek an additional 21 days within which to file a motion for summary judgment. (Doc. 25 at 2-3.) The ex parte application is supported by the Declaration of Brenda A.

1

Ray. (*Id*. at 4-5.) Defense counsel states that in the next two weeks she has another motion for summary judgment due in an action pending in this Court, a response to a demurrer in a putative class action matter pending in Sacramento County Superior Court, an evidentiary hearing in a separate matter before the Sacramento state court, and an evidentiary hearing in another matter pending in Amador County Superior Court. (*Id.* at 4, ¶ 3.) Counsel states she has spent considerable time researching and investigating the claims, preparing responsive pleadings and dispositive motions, and preparing witness testimony and argument in the above matters. (*Id*. at 4, ¶ 4.) Defendants request that the Court to continue the dispositive motion deadline to September 27, 2024. (*Id*. at 3.)

### III.   CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' ex parte application to modify the dispositive motion deadline (Doc. 25) is **GRANTED**; and
2. The deadline for the filing of any dispositive motion is extended from September 6, 2024, to **September 27, 2024**.

IT IS SO ORDERED.

Dated:   **August 22, 2024**                                    /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

2